AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Horn,, Marian B. | United States Court of Federal Claims | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

717 Madison Place NW
Washington, DC 20005

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | George Washington University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

## Page 2 of 8

**Name of Person Reporting**

Horn,, Marian B.

**Date of Report**

05/15/2012

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|------|-----------------|--------|
| 1. 2011 | GW Univ. Law School - Teaching | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2011 | DTE Engergy Co. - Pension |
| 2. 2011 | Patton Boggs LLP - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 1. | United States Court of Federal Claims | October 16-19, 2011 | Berkley, CA | Circuit judicial conference | Meals, hotel, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn,, Marian B. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa and Master Card Loans | Credit Card Loans | K |
| 2. | Wells Fargo | Partnership Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn,, Marian B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Wash DC IRA Account | C | Int./Div. | O | T | | | | | |
| 2. Abbott | A | Dividend | K | T | | | | | |
| 3. Alcoa | A | Dividend | J | T | | | | | |
| 4. Berkshire Hathaway Inc. Del CLB | | None | K | T | | | | | |
| 5. Cisco Sys | | None | J | T | | | | | |
| 6. Dine Equity | | None | K | T | | | | | |
| 7. Ebay | | None | K | T | | | | | |
| 8. Ford | | None | K | T | | | | | |
| 9. General Electric | A | Dividend | J | T | | | | | |
| 10. Google | | None | L | T | | | | | |
| 11. Hospira | | None | J | T | | | | | |
| 12. Intel | A | Dividend | J | T | | | | | |
| 13. Interdigital | A | Dividend | L | T | | | | | |
| 14. IBM | B | Dividend | L | T | | | | | |
| 15. JP Morgan | A | Dividend | J | T | | | | | |
| 16. Location Base Tech | | None | J | T | | | | | |
| 17. Merck | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Norfolk So. | A | Dividend | J | T | | | | | |
| 19. Pfizer | A | Dividend | J | T | | | | | |
| 20. Time Warner | A | Dividend | J | T | | | | | |
| 21. Time Warner Cable | | None | J | T | | | | | |
| 22. Travelers Co. | A | Dividend | J | T | | | | | |
| 23. Wells Fargo | A | Dividend | K | T | | | | | |
| 24. Cohen & Steers Quality Income and Realty Fund | A | Dividend | J | T | | | | | |
| 25. SPR Gold Tr. | | None | J | T | | | | | |
| 26. Highmark NYSE ARCA Tech Index Fund | | None | K | T | | | | | |
| 27. Highmark Large Cap Growth Fund | | None | K | T | | | | | |
| 28. Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 29. 2nd Smith Barney IRA Account | A | Int./Div. | K | T | | | | | |
| 30. DTE Energy | A | Dividend | J | T | | | | | |
| 31. Ebay | A | Dividend | J | T | | | | | |
| 32. Black Rock Global Energy Tr. | A | Dividend | J | T | | | | | |
| 33. Templeton Emerg Markets Fund | A | Dividend | J | T | | | | | |
| 34. Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn,, Marian B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. _____ Morgan Stanley Smith Barney | A | Int./Div. | K | T | | | | | |
| 36. Group Cap-1 | A | Int./Div. | K | T | | | | | |
| 37. _____ M&T Bank | A | Interest | J | T | | | | | |
| 38. Stamp Collection | | None | N | T | | | | | |
| 39. Residential Property, Washington, DC | D | Rent | N | W | | | | | |
| 40. Patton Boggs 401k | C | Int./Div. | M | T | Buy | 09/23/11 | K | | |
| 41. Berkshire Hathaway Inc. Del CLB | | None | M | T | | | | | |
| 42. M&I Stable PPL fund | A | Interest | J | T | | | | | |
| 43. Marshall Prime Money Market CLI | A | Interest | K | T | | | | | |
| 44. The Carbon Proj. | | None | K | W | | | | | |
| 45. Marshall Prime Money Market CLI | A | Interest | K | T | Sold (part) | 01/10/11 | K | | |
| 46. Marshall Prime Money Market CLI | A | Interest | K | T | Sold (part) | 05/09/11 | K | | |
| 47. M&I Stable PPL fund | A | Interest | J | T | Sold (part) | 06/14/11 | J | | |
| 48. Marshall Prime Money Market CLI | A | Interest | K | T | Buy | 9/15/11 | K | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn,, Marian B. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following assets: Century Tel Inc.,  Citi Group, FNMA, Level 3 Communication, Mechanical Technology, Natural Solution, Nokia, Nortel  Networks, PSA, Inc., Plug Power, and Sprint Nextel were either bought, sold or retained during 2011.  This report does not make reference to them because at the time of the transaction or if they were held, their values were lower than the threshold requiring that they be reported seperately.

The assets on lines 35-37 were created for the benefit of                          in the event of her incapacity.  We do not derive income from them.
                                   .  This was done as a convenience for her.  The value of the residence is N and then Value method code is T.

| Name of Person Reporting | Date of Report |
|---|---|
| Horn,, Marian B. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marian B. Horn,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544